1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  In the Matter of YACHTING              )    Case No. 3:17-cv-1922
    SPECIALTIES, INC., as owner of vessel  )
12  M/V ASSIST GOLDEN GATE (CF No.         )    **[PROPOSED] ORDER DIRECTING**
    4515CG), for Exoneration From or       )    **ISSUANCE OF NOTICE AND**
13  Limitation of Liability                )    **PUBLICATION THEREOF**
                                           )
14                                         )
                                           )
15                                         )
                                           )
16  _____    )

                                              was filed on April 6, 2017,
17      WHEREAS, a complaint is being filed simultaneously with this [Proposed] Order by

18  which Plaintiff-in-Limitation YACHTING SPECIALTIES, INC. ("Plaintiff-in-Limitation"), as

19  owner of vessel M/V ASSIST GOLDEN GATE (CF No. 4515CG) ("VESSEL"), wherein

20  Plaintiff-in-Limitation seeks exoneration from or limitation of liability for any losses, injuries,

21  and/or damages occasioned as a result of the VESSEL voyage on or about March 8, 2015, in the

22  Pacific Ocean off the coast of San Francisco, California; and

23      WHEREAS, the complaint having stated the facts and circumstances upon which said

24  exoneration or limitation is claimed; and

25      WHEREAS, it appearing that the claims that may be made against Plaintiff-in-Limitation

26  may be in amounts which will exceed the value of the interest of Plaintiff-in-Limitation in the

27  VESSEL for losses, injuries, and/or damages said to have been occasioned or incurred in

28  consequence of the aforesaid voyage; and

1    WHEREAS, the surety for Plaintiff-in-Limitation has given security for damages ~~in~~ and costs

2    herein;

3    AND NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for

4    Plaintiff-in-Limitation, it is hereby:

5    ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted

by plaintiff on April 6, 2017,

6    ~~with this Order,~~ to all persons or entities asserting claims with respect to which the complaint

7    seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk

8    of the Court and serve attorneys for Plaintiff-in-Limitation with a copy thereof ~~within 30 days of~~

9    ~~the issuance of the notice;~~  no later than May 19, 2017;

10   AND IT IS FURTHER ORDERED that public notice shall be given by publication

11   thereof in the legal newspaper known as "The Recorder," and that such notice shall be published

12   once a week for four consecutive weeks prior to the date affixed herein for filing of claims;

13   AND IT IS FURTHER ORDERED that not later than the date of the second publication

14   of said notice, Plaintiff-in-Limitation shall mail a copy of said notice to every person or concern,

15   if any, known to have made any claim against Plaintiff-in-Limitation as a result of the incident

16   involving the VESSEL on or about March 8, 2015;

17   AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits,

18   actions or proceedings which may already have begun against Plaintiff-in-Limitation in any court

19   whatsoever to recover damages arising out of, or occasioned by, or consequent upon the

20   aforesaid voyage or trip of the VESSEL on or about March 8, 2015, and institution or

21   prosecution of any suits, actions or legal proceedings of any nature description whatsoever in any

22   court wheresoever, except in this proceeding for exoneration from or limitation of liability,

23   against Plaintiff-in-Limitation, in respect of any claim or claims arising out of the aforesaid

24   voyager trip on which the VESSEL was then engaged, or otherwise subject to limitation

25   proceeding, be and the same are hereby are stayed and restrained;

26   AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining

27   order shall be served by certified mail, return receipt requested, on the person or persons, or

28   entity or entities, to be restrained, or to their respective attorneys or representatives;

1      AND IT IS FURTHER ORDERED that the publication and mailing of copies of the

2   Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and

3   Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons

4   asserting claims with respect to which said complaint seeks limitation or exoneration.

5

6      IT IS SO ORDERED.

7

8   Dated: _April 14_____, 2017      By: _____
                                               U.S. District Court Judge
9                                              UNITED STATES DISTRICT COURT
                                               Northern District of California
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28