UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of YACHTING SPECIALTIES, INC., as owner of vessel M/V ASSIST GOLDEN GATE (CF No. 4515CG), for Exoneration From or Limitation of Liability | Case No. 3:17-cv-01922-MMC<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT AGAINST NON-APPEARING CLAIMANTS<br><br>**Date:** ~~August 25, 2017~~<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 7 - 19th Floor<br>**Judge:** Maxine M. Chesney |

WHEREAS, Notice to Claimants of Filing Limitation Proceeding having been issued herein against all persons, concerns or firms claiming damages for any and all losses arising out of a March 8, 2015, incident involving the vessel M/V Assist Golden Gate, was operating in the Pacific Ocean off the coast of San Francisco, California, admonishing them, and each of them, to appear and file their respective claims and answers, if any, and serve on counsel for the Plaintiff-in-Limitation YACHTING SPECIALTIES, INC. on or before May 19, 2017;

WHEREAS, said Notice to Claimants having been duly published and provided to all decedents and/or persons known to have made any claim against the Plaintiff-in-Limitation arising out of the events surrounding the March 8, 2015, incident involving the vessel M/V

Assist Golden Gate that serves as the basis of this action, as more clearly appears in the Declaration of counsel, and the time for filing claims and answers having expired, on application of Plaintiff-in-Limitation; and

WHEREAS, the clerk of this Court entered default against all possible claimants, known and unknown, who have not filed and served their claims or answers against Plaintiff-in-Limitation, on June 19, 2017.

IT IS HEREBY ORDERED:

1. That the default of all persons who claim to have sustained any loss, injury, expense or damage as a result of the aforesaid incident involving the vessel M/V Assist Golden Gate, and have failed to file claims in this action in accordance with the Court-ordered deadlines that have now passed, is confirmed, noted, and entered;

2. That all such persons are barred and permanently restrained from filing and/or prosecuting in any court, all claims which might properly have been filed in this limitation proceeding; and

3. That default judgment is hereby entered for Plaintiff-in-Limitation YACHTING SPECIALTIES, INC., against all persons that have failed to file claims in this action in accordance with the Court-ordered deadlines that have now passed, and pursuant to said judgment they be exonerated from liability on all future claims for loss, injury expense or damage arising out of the aforesaid incident involving the vessel M/V Assist Golden Gate claimed by any and/or all such persons.

4. That the hearing scheduled for December 1, 2017, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 2, 2017

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE