United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YACHTING SPECIALTIES, INC.,

Plaintiff.

v.

RACHEL BELLE,

Defendant.

Case No.  17-cv-01922-MMC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. Nos. 48

    **( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    Plaintiff-in-Limitation's Motion for an order granting Plaintiff-in-Limitation exoneration from liability for damages, for any and all claims, losses, or injuries that occurred on or about March 8, 2017, is granted.

    **IT IS SO ORDERED AND ADJUDGED**

Dated: 11/28/2017

Susan Y. Soong, Clerk



Tracy Geiger
Deputy Clerk